No. 220. JOHNSON v. UNITED STATES SHIPPING BOARD EMERGECY FLEET CORPORATION. October 8, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. . Messrs. Silas B. Axtel and Charles A. Ellis for petitioner. Solicitor General Mitchell, Assistant Attorney General Farnum, and Messrs. J. Frank Staley and Chauncey G. Parker for respondent.

No. 182. LEWIS ET AL. v. UNITED STATES. October 8, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is granted, but the argument is to be limited to the question of jurisdiction and the determination whether the trial took place in accordance with the act of February 16, 1925, and § 59 of the Judicial Code, properly construed, and whether the right of petitioner under the Sixth Amendment to the Constitution was infringed thereby. Messrs. Finis E. Riddle and R. L. Davidson for petitioners. Solicitor General Mitchell, Assistant Attorney General Luhring, and Mr. Harry S. Ridgely for the United States.

No. 128. SANITARY REFRIGERATOR CO. v. WINTERS ET AL. October 15, 1928. The petition for a rehearing in this case is granted. The order entered October 8, 1928, denying the petition for a writ of certiorari herein is revoked and a writ of certiorari in this case is granted. Mr. E. Hayward Fairbanks for petitioner. Mr. John Boyle, Jr., for respondents.

No. 225. ATLANTIC COAST LINE R. R. Co. v. DRIGGERS, ADMINISTRATRIX. October 15, 1928. Petition for writ of certiorari to the Supreme Court of the State of South Carolina granted. Messrs. Thomas W. Davis and Simeon Hyde for petitioner. Mr. J. D. E. Meyer for respondent.